**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
IN RE: AMERICAN REALTY CAPITAL  :
PROPERTIES, INC. LITIGATION  :
:
This Document Relates to:  :
:
    ALL ACTIONS.  :  No. 15 MC 00040 (AKH)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL

    PLEASE TAKE NOTICE that, upon the annexed declaration of Daniel Goldman, and subject to the approval of the Court, Daniel Goldman hereby withdraws as counsel for Defendant Lisa Beeson and shall be removed from the CM/ECF notification list in the above-captioned matter.

Dated:    August 29, 2022

    PETRILLO KLEIN & BOXER LLP

    By: */s/ Daniel Goldman*
    Daniel Goldman
    655 Third Avenue, 22nd Floor
    New York, New York 10017
    (212) 370-0336
    dgoldman@pkbllp.com

    *Attorney for Lisa Beeson*

SO ORDERED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
IN RE: AMERICAN REALTY CAPITAL       :
PROPERTIES, INC. LITIGATION          :
                                     :
This Document Relates to:            :
                                     :
    ALL ACTIONS.                   :    No. 15 MC 00040 (AKH)
                                     :
------------------------------------- x

## DECLARATION OF DANIEL GOLDMAN

    DANIEL GOLDMAN, pursuant to 28 U.S.C. § 1746, declares as follows:

    1.    I am associated with the law firm Petrillo Klein & Boxer LLP, counsel for Defendant Lisa Beeson ("Beeson") in the above-captioned action. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel for Ms. Beeson.

    2.    Ms. Beeson will continue to be represented by counsel of record at Petrillo Klein & Boxer LLP.

    3.    My withdrawal will not delay the matter or prejudice any party.

    4.    I am not asserting a retaining or charging lien.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated:    August 29, 2022

                                                  */s/ Daniel Goldman*
                                                  Daniel Goldman